**LAWRENCE C. HERSH**
ATTORNEY AT LAW
17 Sylvan Street, Suite 102b
Rutherford, New Jersey  07070

*ADMITTED NJ, NY, CA, AND IL                                                                    Tel:  (201) 507-6300
*REGISTERED U.S. PATENT AND TRADEMARK OFFICE                                       Fax: (201) 507-6311
                                                                                                                  email:  lh@hershlegal.com

November 10, 2019

**Via ECF**
The Honorable Steven Mannion, U.S.M.J.
United States District Court
U.S. Post Office and Courthouse Building
Newark, NJ  07101-0999

      Re:  <u>Konyo v. Selip & Stylianou, LLP.,</u> 19-cv-13494-ES-SCM

Dear Judge Mannion:

      I represent the Plaintiff in this matter.  The case has recently settled.  Please mark the case as settled.

      Thank you for your consideration in this matter.

                                                       Very truly yours,

                                                       **/s/ Lawrence Hersh**
                                                       Lawrence Hersh

Cc:  All counsel of Record (via ECF)